IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NATIONAL LIABILITY &
FIRE INSURANCE COMPANY                                                                   PLAINTIFF

VS.                                       CASE NO. 4:12-cv-04126

DESIREE KOLBEK, AMY EDDY, JEANNETTE
ORLANDO, NICOLE FARR, SUMMER HAGAN,
JAMIE RODRIGUEZ, PEBBLES RODRIGUEZ a/k/a
YVONNE RODRIGUEZ, TONY ALAMO CHRISTIAN
CHURCH NEW JERUSALEM, NEW JERUSALEM
CHURCH, STEVE JOHNSON, STEVE JOHNSON d/b/a
WINDSOR CHURCH, STEVEN LOVELLETTE a/k/a
STEPHEN LOVELLETTE, ACTION DISTRIBUTORS,
INC., SANFORD WHITE, TOMMY SCARCELLO,
RON DECKER                                                                               DEFENDANTS

**ORDER**

Before the Court is Plaintiff's unopposed Motion to Dismiss. (ECF No. 46). Plaintiff seeks to voluntarily dismiss its claims against all Defendants pursuant to Federal Rule of Civil Procedure 41. Specifically, Plaintiff requests that its claims against Defendants Steven Johnson, Steve Johnson d/b/a Windsor Church, Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, Pebbles Rodriguez a/k/a Yvonne Rodriguez be dismissed with prejudice. Plaintiff requests that its claims against the remaining Defendants be dismissed without prejudice.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion should be and hereby is **GRANTED**. Plaintiff's claims against Defendants Steven Johnson, Steve Johnson d/b/a Windsor Church, Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, Pebbles Rodriguez a/k/a Yvonne Rodriguez are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Defendants Tony Alamo Christian Church New Jerusalem, New Jerusalem Church, Steven Lovellette, Action Distributors,

Inc., Sanford White, Tommy Scarcello, and Ron Decker are hereby **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED, this 23rd day of April, 2014.

                                                  /s/ Susan O. Hickey  
                                                Susan O. Hickey  
                                                United States District Judge